# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.

                                   Case No.: 1:26–cr–00150 *SEALED*

                                   Honorable Young B. Kim

Suppressed

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable Young B. Kim: The case is ordered unsealed but in light of the court's order granting the government's unopposed motion to seal portions of the record (R. 14), the clerk's office is directed to keep Document Nos. [1] and [6] under seal. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.